[No. 2250-3. Division Three. March 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ANGELO ELI SALAZAR, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20387, Walter A. Stauffacher, J., entered January 13, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2306-3. Division Three. March 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD R. SCOTT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20528, Walter A. Stauffacher, J., entered February 15, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2295-3. Division Three. March 22, 1978.]

ROBERT KING, *Respondent,* v. PALOUSE SEED CO., INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 232132, Joseph P. Gagliardi, J. Pro Tem., entered February 9, 1977. *Affirmed* by unpublished opinion per McIntufff, J., concurred in by Munson, C.J., and Roe, J.